# United States Navy-Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 201900111 |
| Appellee | |
| | **Panel 2** |
| v. | |
| | **O R D E R** |
| **Lamaont A. McCLARY** | |
| **Lance Corporal (E-3)** | ***Granting Appellant's Motion*** |
| **U. S. Marine Corps** | ***to Withdraw Case from*** |
| Appellant | ***Appellate Review*** |

On 30 September 2019,[1] the Court issued an Order Remanding Case for New Post-Trial Processing to correct the Statement of Trial Results, Convening Authority Action, and Entry of Judgment, each of which had substantive errors. On 30 October 2019, Appellant moved to withdraw his case from appellate review.

Upon consideration of the record of trial and Appellant's Motion to Withdraw from Appellate Review, we have determined that Appellant's request was properly executed and submitted, and is in substantial compliance with Article 61, UCMJ, and RULE FOR COURTS-MARTIAL 1115, MANUAL FOR COURTS-MARTIAL, UNITED STATES (2019 ed.).

Accordingly, it is, by the Court, this 31st day of October 2019,

**ORDERED:**

(1) That the Court's 30 September 2019 Order is withdrawn.

(2) That the Entry of Judgment shall be corrected to reflect that Charge II and its Specification have been withdrawn and dismissed with prejudice.

(3) That Appellant's Motion to Withdraw Appellate Review is granted.

(4) That the record of trial is returned to the Judge Advocate General for appropriate disposition.

---

[1] The Court issued a corrected Order on 18 October 2019.



FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
NMCCA (51.2)
45 (CDR Federico)
46 (Maj Wiggins, LT Fiveson)
02